**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 22-10965 |
| Dimitry Fabrje | } | |
| Natalia Fabrje | } | Chapter 13 |
| | } | |
| | } | Judge A. Benjamin Goldgar |
| | } | |
| **Debtor(s)** | } | Lake County |

# WARNING: THIS CHAPTER 13 PLAN MODIFIES YOUR RIGHTS AS A LIEN HOLDER.

## <u>NOTICE OF MOTION</u>

To:     Trustee Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532, via electronic court notification;

BMO Harris Bank, Attn Bankruptcy, PO Box 2035, Milwaukee, WI 53201, Via regular US Mail;

David R. Casper, CEO, BMO Harris Bank, 320 S. Canal St., Chicago, IL 60606, via Certified US Mail;

C T Corporation Systems, 208 So LaSalle St., Suite 814, Chicago, IL 60604 via Certified US Mail; and

See attached Service List.

PLEASE TAKE NOTICE that on January 6, 2023, at 9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, either in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion of Debtor to Determine Value of a Secured Claim by a Lien, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

<u>**PROOF OF SERVICE**</u>

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on December 13, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

_____ /s/ *David Freydin*_____
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157

Label Matrix for local noticing
0752-1
Case 22-10965
Northern District of Illinois
Eastern Division
Mon Sep 26 16:53:06 CDT 2022

PRA Receivable Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201-2035

Capital One
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179-0034

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Comenity Bank/ctpr&bks
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenitybank/New York
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Costco Citi Card
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117-6500

Dependon Collection Services, Inc.
PO BOX 4833
Hinsdale, IL 60522-4833

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Fedloan
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106-9184

Global Health Care
4250 N Marine Dr, Suite 326
Chicago, IL 60613-1708

Global Holdings
4343 S 118th Ave
Suite 220
Tulsa, OK 74146

Harris and Harris
111 West Jackson Blvd.
Suite 400
Chicago, IL 60604-4135

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

LJ Ross
PO BOX 6099
Jackson, MI 49204-6099

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

(p)MATHERS CLINIC LLC
145 S VIRGINIA ST
CRYSTAL LAKE IL 60014-7226

Merchants? Credit Guide Co.
Attn: Bankruptcy
223 West Jackson Blvd Suite 700
Chicago, IL 60606-6914

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773-9500

Northshore University Hlth Sys
Billing Department
23056 Network Place
Chicago, IL 60673-1230

P S E C U
Attention: Bankruptcy
Po Box 67013
Harrisburg, PA 17106-7013

RISE Credit
Attn: Bankruptcy
Po Box 101808
Fort Worth, TX 76185-1808

Specialized Loan Servicing
8742 Lucent Blvd, Suite 300
Littleton, CO 80129-2386

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Td Retail Card Services
Ms Bt Pob 9475
Minneapolis, MN 55440

Tri-County Emergency Physicians
PO BOX 71709
San Dimas, CA 91773

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000

Wauconda Fire Dept
c/o EMS Billins Service
PO BOX 457
Wheeling, IL 60090-0457

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328-0001

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd
Suite 312
Skokie, IL 60077-2281

Dimitry Fabrje
555 Kimball Ave.
Wauconda, IL 60084-1919

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532-4350

Natalia Fabrje
555 Kimball Ave.
Wauconda, IL 60084-1919

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Mathers Clinic
145 S Virginia St.
Crystal Lake, IL 60014

End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 22-10965 |
| Dimitry Fabrje | } | |
| Natalia Fabrje | } | Chapter 13 |
| | } | |
| | } | Judge A. Benjamin Goldgar |
| | } | |
| **Debtor(s)** | } | Lake County |

## MOTION TO DETERMINE VALUE OF CLAIM SECURED BY A LIEN

NOW COME the Debtors, Dimtry Fabrje and Natalia Fabrje, by and through Debtors' attorney, David Freydin, and complains of BMO Harris Bank.  pursuant to 11 U.S.C. §§ 506(a) and (d), 28 U.S.C. § 157(b)(2)(K) and Fed. R. Bankr. Pro. 3012 and states as follows:

1. The Debtors filed a petition under Chapter 13 of the U. S. Bankruptcy Code on September 25, 2022 in the Northern District of Illinois.

2. This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

3. Pursuant to 11 U.S.C. §506 and Fed. R. Bankr. P. 3012, Debtor now seeks to determine the value of his property located at 555 Kimball Ave., Wauconda, IL 60084 (hereinafter the "Property").

4. Venue is proper pursuant to § 1409 of Title 28, United States Code.

5. This Honorable Court has not confirmed the Plaintiffs' Chapter 13 Plan.

6. Debtors, Dimitry Fabrje and Natalia Fabrje, are individuals.

7. Debtors are the owners of the Property located at 555 Kimball Ave., Wauconda, IL 60084.

8. That DLJ Mortgage Capital, Inc. c/o Specialized Loan Servicing holds a first mortgage lien on the property commonly known as 555 Kimball Ave., Wauconda,

IL 60084, with a secured claim of $287,368.00. Please see Claim 24-1 attached as Exhibit A.

9. That BMO Harris Bank, holds a second mortgage on the Property in the amount of $30,932.26. Please see Claim 19-1 attached as Exhibit B.

10. That the Debtors indicates the value of 555 Kimball Ave., Wauconda, IL 60084 to be an undisputed $281,000.00. Please see attached market analysis.

11. The amount owed on the first mortgage, $288,750.00 exceeds the value of the Property.

12. Plaintiffs respectfully request this Honorable Court to enter an Order valuing the property located at 555 Kimball Ave., Wauconda, IL 60084 at $281,000.00.

WHEREFORE, Dimitry Fabrje and Natalia Fabrje, Debtors, respectfully request that this Honorable Court enter an Order determining that the value of the Property is $281,000.00, and for such other and further relief as this Court deems fair and just.

Respectfully Submitted,

/s/ *David Freydin*
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157