Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Dimitry Fabrje | ) | Chapter 13 |
| Nataliya Fabrje | ) | |
| | ) | No. 22-10965 |
| | ) | |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

### AMENDED NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on February 17, 2023, at 9:30 am, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtors [to/for] Object to Claim 19-1 - BMO Harris Bank, NA, a copy of which is attached.

    **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

    You may appear electronically by video or by telephone.

    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 160 817 7512, and the passcode is 623389. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

    By: David Freydin

David Freydin
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157

# CERTIFICATE OF SERVICE

I, __David Freydin_____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on    __January 6, 2023__    at __5:00 pm__ .

__/s/ David Freydin_____
[Signature]

**CERTIFICATE OF SERVICE**

    I hereby certify that in this 6th day of January, 2023, I placed a true and correct copy of the foregoing DEBTORS' OBJECTION TO CLAIM 19-1, in the U.S. Mail, first-class, postage prepaid, addressed to the following parties:

David R. Casper
CEO for BMO Harris Bank
111 West Monroe Street
Chicago, IL 60603
*via Certified U.S. Mail*


CT Corporation Systems
Registered Agent for BMO Harris Bank
208 So. LaSalle, Ste 814
Chicago, IL 60604
*via Certified U.S. Mail*


BMO Harris Bank, NA
PO Box 2035
Milwaukee, WI 53201
*via U.S. Mail*



/s/ David Freydin
David Freydin