Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Dimitry Fabrje | ) | Chapter 13 |
| Natalia Fabrje | ) | |
| | ) | No. 22-10965 |
| | ) | |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## AMENDED NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on March 10, 2023, at 9:30am, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtors [to/for] Determine Value of Claim Secured by a Lien, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 817 7512, and the passcode is 623389. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

## CERTIFICATE OF SERVICE

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on February 21, 2023, at 5:00 pm.

/s/ David Freydin
[Signature]

**CERTIFICATE OF SERVICE**

      I hereby certify that in this 20th day of February, 2023, I placed a true and correct copy of the foregoing DEBTORS' MOTION TO DETERMINE VALUE OF CLAIM SECURED BY A LIEN., in the U.S. Mail, first-class, postage prepaid, addressed to the following parties:

BMO Harris Bank, N.A.
Attn: Bankruptcy
PO Box 2035
Milwaukee, WI 53201

DLJ Mortgage Capital, Inc
c/o Select Portfolio Servicing, Inc.
Atn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

David R. Casper, CEO
BMO Harris Bank, N.A.
320 S. Canal St.
Chicago, IL 60606
*via certified mail*

C T Corporation Systems, Registered Agent for BMO Harris Bank, N.A.
208 So. LaSalle St., Suite 814
Chicago, IL 60604
*via certified mail*

Oliver T. Nisenson, CEO
DLJ Mortgage Capital, Inc.
80 State Street
Albany, NY 12207
*via certified mail*

Corporation Service Company, Registered Agent for DLJ Mortgage Capital, Inc.
19 West 44th Street, Suite 200
New York, NY 10036-8401
*via certified mail*

/s/ David Freydin
David Freydin